

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00703-CR

Bradley Scott **GIBBS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR23-0000150
Honorable M. Patrick Maguire, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 20, 2025.

_____
Adrian A. Spears II, Justice